United States District Court
Middle District of Florida
Orlando Division

CASE NO.:

| | | |
|---|---|---|
| Rohan Ramlackhan, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF REMOVAL** |
| Westgate Marketing, LLC | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant Westgate Marketing LLC ("Westgate"), by and through its undersigned counsel of record, hereby files this Notice of Removal of this action to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to 28 §§ U.S.C. 1331, 1441 and 1446, and in support states as follows:

## Facts and Procedural History

Plaintiff filed his Complaint in the Ninth Judicial Circuit, Orange County Florida on or about December 16, 2024. Copies of all process, pleadings, and orders served prior to removal are attached as "**Composite Exhibit 1**". Westgate was served on December 20, 2024.  Westgate is the sole Defendant in this matter.

Plaintiff has asserted two causes of action under the Fair Labor Standards Act ("FLSA"): (1) Overtime ("OT") wages; and (2) Retaliation.

1

## STATEMENT OF JURISDICTION

The United States District Court for the Middle District of Florida, Orlando Division, has original jurisdiction over the federal questions asserted by Plaintiff in the Complaint by virtue of 28 U.S.C. § 1331. Specifically, Plaintiff's Complaint seeks relief for supposed violations of the FLSA purportedly occurring within the geographic boundaries of the Middle District of Florida, Orlando Division. This Court has original jurisdiction of Plaintiff's FLSA claims.

### Removal is Timely and Proper Pursuant to 28 U.S.C. §§ 1441 and 1446

Pursuant to 28 U.S.C. § 1446(b)(1), removal is timely because Defendant has removed the case within thirty (30) days of service which was December 20, 2024.

### Pleadings and Process

As required by 28 U.S.C. § 1446(a), copies of all state court process and pleadings are attached to this Notice of Removal within **Composite Exhibit 1**.

### Notice Given

Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will be promptly served on Plaintiff, and a copy will be promptly filed with the Ninth Judicial Circuit Court, Orange County Florida. A copy of the Notice of Filing of Notice of Removal is attached as "**Exhibit 2.**"

### Venue

Pursuant to 28 U.S.C. § 1441(a), venue in this District Court is proper because this action is currently pending in the Ninth Judicial Circuit Court, Orange County Florida, which is in the same District as the United States District Court for the Middle District of Florida.

## Non-Waiver of Defenses

Nothing in this Notice shall be interpreted as a waiver or relinquishment of Westgate's rights to assert any defense or affirmative matter, including, without limitation, motions to dismiss pursuant to Federal Rule of Civil Procedure 12.

## Conclusion

Defendant Westgate Marketing, LLC respectfully requests that this matter be removed from the Ninth Judicial Circuit Court, Orange County Florida to the United States District Court for the Middle District of Florida, Orlando Division, pursuant to this Court's jurisdiction over federal questions.

The undersigned counsel for Defendant Westgate Marketing, LLC has read the foregoing and signed the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446 (a).

Dated this 16th day of January 2025.

By: */s/ Myrna Maysonet*
MYRNA MAYSONET
Florida Bar No. 429650
GREENSPOON MARDER LLP
201 E. Pine Street, Suite 500
Orlando, FL  32801
(407) 425-6559
Myrna.Maysonet@gmlaw.com
Moneka.Simpson@gmlaw.com

3

RICHARD W. EPSTEIN
Florida Bar No. 229091
**GREENSPOON MARDER LLP**
200 E Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
(954) 491-1120
Richard.Epstein@gmlaw.com
Maria.Salgado@gmlaw.com

*Attorneys for Defendant Westgate Marketing LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have filed the foregoing with the Clerk of Court via CM/ECF this 16th day of January, 2025 to Daniel H. Hunt, Esq., 11767 S. Dixie Highway, Suite 407, Miami, FL 33156 attorney of record for Plaintiff.

*/s/ Myrna Maysonet*

4